LEWIS MARSH *versus* MORRIS JACKSON, Jr.

JOURNAL ENTRIES (1828–30): *Journal 4:* (1) Case argued, submitted *p. 184; (2) continued for further argument *p. 199; (3) continued *p. 240; (4) argued, submitted *p. 334; (5) judgment reversed *p. 352.

PAPERS IN FILE: (1) Affidavit for certiorari, fiat; (2) writ of certiorari and copy of affidavit; (3) return to writ of certiorari; (4) assignment of errors; (5) joinder in error.

*1824–36 Calendar*, MS p. 142. Recorded in *Book C*, MS pp. 273–7.